IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 08-12-04 (CWH) |
| DAVID ALLEN GELINAS, | Violation: Driving on a Suspended License |
| Defendant | |

**ORDER HOLDING IN ABEYANCE DISPOSITION
AND MODIFYING CONDITIONS OF PROBATION**

Defendant DAVID ALLEN GELINAS, probationer herein, this day appeared before the undersigned for a Revocation Hearing on a PETITION FOR ACTION ON PROBATION filed on June 26, 2009, by U. S. Probation Officer Donald L. Coneway, Sr. Mr. Gelinas entered a plea of guilty to violating conditions of probation imposed upon him by the undersigned on April 7, 2009, admitting only to failing to make any payments on the fine imposed upon him.

In light of the foregoing, IT IS ORDERED AND DIRECTED:

(1) that defendant GELINAS shall be immediately returned to supervision by the United States Probation Office, subject to its rules and regulations and specifically subject to the mandatory and special conditions of supervision imposed upon him on April 7, 2009.

(2) that disposition of this matter shall be **HELD IN ABEYANCE** until further order of the court; in the meantime, the defendant's sentence of probation shall be **MODIFIED** as follows:

(a) the term of probation heretofore imposed upon him shall be EXTENDED so that he shall be under supervision for a term of TWELVE (12) MONTHS <u>from this date</u>; and,

(b) the defendant **SHALL** participate in a program of in-house treatment and counseling for alcohol addiction/abuse as directed by the U. S. Probation Office.

SO ORDERED AND DIRECTED, this 8th day of JULY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE